UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>v.<br><br>ELVERT AARON OLGUIN,<br><br>                         Defendant. | Case No.:  21CR0946-JLS<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

      Pursuant to joint motion, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting presently scheduled for June 16, 2021 shall be continued to **May 21, 2021** at **1:30 p.m.** The Court finds the delay attributable to the continuance to be excludable pursuant to 18 U.S.C. § 3161(h)(1)(D) and in the interest of justice for the reasons set forth in the Order of the Chief Judge No. 60 and subsequent related orders.

      IT IS SO ORDERED.

Dated:  April 12, 2021

                                                        *Janis L. Sammartino*<br>
                                                        Hon. Janis L. Sammartino<br>
                                                        United States District Judge