# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ELVERT AARON OLGUIN,<br><br>    Defendant. | No. 21-CR-0946-JLS<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

    This matter comes before the Court upon the joint application of the parties to continue the motion hearing/trial setting and to exclude a period of time in computing the deadline within which the trial of this case must commence under 18 U.S.C. § 3161. Based on the application, the Court makes the following findings:

    For reasons stated in paragraph 5 of the motion, incorporated by reference herein, the Court finds under 18 U.S.C. § 3161(h)(7) that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the Defendant in a speedy trial. The Court also finds that time is excluded automatically under 18 U.S.C. § 3161(h)(1)(D) in light of the pending motions.

    IT IS ORDERED that the motion to continue is granted. The motion hearing/trial setting shall be continued from July 30, 2021 to September 3, 2021, at 1:30 p.m.

    **IT IS SO ORDERED.**

Dated: July 22, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge